WARNER–QUINLAN ASPHALT CO. v. CARLISLE, State Highway Com'r.

(Supreme Court, Appellate Division, Third Department. November 12, 1913.)

Appeal from Special Term, Albany County.
Action by the Warner-Quinlan Asphalt Company against John N. Carlisle, as Commissioner of the New York State Highway Commission. From an order denying plaintiff's motion, plaintiff appeals. Order reversed.

Henry A. Rubino, of New York City, for appellant.
Thomas Carmody, Atty. Gen., and James A. Parsons, Deputy Atty. Gen., for respondent.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, without costs, on the opinion in Warner-Quinlan Co. v. Carlisle, 144 N. Y. Supp. 70, decided herewith.